IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                     No.    02-20333

TORRICK LYLES,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

This cause came on upon the motion of the Defendant to continue the sentencing hearing set on May 11, 2005 at 1:30 p.m. For good cause shown, the Court hereby grants the Defendant's motion. The sentencing is hereby reset for the **11th** day of **July**, 2005 at **1:30** a.m./**p.m.**

IT IS SO ORDERED this **9** day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 187 in case 2:02-CR-20333 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT