FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 AUG 16  PM 4: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                              **No.**    02-20333

02-20484

TORRICK LYLES,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

---

This cause came on upon the motion of the Defendant to continue the sentencing hearing set on August 17, 2005 at 1:30 p.m.   For good cause shown, the Court hereby grants the Defendant's motion.  The sentencing is hereby reset for the _13th_ day of _October_, 2005 at _1:30_ a.m./p.m.

**IT IS SO ORDERED** this _16_ day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-17-05_

192

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 192 in case 2:02-CR-20333 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT