UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-

TORRICK LYLES

Case No. 2:02cr20331-01-B
2:02cr20333-01-B
2:02cr20484-01-B

# ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

- All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis, this _17th_ day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
TORRICK LYLES

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 197 in case 2:02-CR-20333 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT